| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| LAW OFFICE OF BRIAN NOMI<br>By: Brian Nomi (State Bar #203059)<br>215 E. Daily Dr., Suite 28<br>Camarillo, California 93010<br>(805) 444-5960<br>(805) 357-5333 (fax)<br>E-Mail: briannomi@yahoo.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for:*  Leslie & Gwen Nickeas | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>Leslie & Gwen Nickeas<br><br><br><br><br><br>Debtor(s). | CASE NO.: 9:21-bk-10414<br>CHAPTER: 7<br><br>**NOTICE OF MOTION FOR ORDER WITHOUT A HEARING**<br><br>**[LBR 9013-1(p) or (q)]**<br><br>[No hearing required] |
|---|---|

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s)  Debtors Leslie Nickeas & Gwen Nickeas                                                                                ,
   filed a motion or application (Motion) entitled  Motion to Compel Trustee to Abandon Debtors' Homestead
    and Authorize Sale of Same                                                                                                                       .

2. Movant(s) requests that the court grant the motion without a hearing as provided for in:

   ☒ LBR 9013-1(p), which, in addition to notice via Notice of Electronic Filing, requires the motion to be served on additional parties as specified in LBR  6007-1      ; or

   ☐ LBR 9013-1(q), which requires service of the motion only on parties via Notice of Electronic Filing.

3. The motion is based upon the legal and factual grounds set forth in the motion.  (*Check appropriate box below*):

   ☒ The full motion is attached to this notice; or

   ☐ The full motion was filed with the court as docket entry # ___, and a detailed description of the relief sought is attached to this notice.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                              Page 1                              **F 9013-1.2.NO.HEARING.NOTICE**

4. Movant will promptly lodge an order that the court may use to rule on the motion, as the court may rule on the motion without a hearing and without an opportunity for any party to file a request for a hearing,.

Respectfully submitted,

Date: 5/18/2021

_____
Signature of Movant or attorney for Movant

Brian Nomi
Printed name of Movant or attorney for Movant

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    **F 9013-1.2.NO.HEARING.NOTICE**

**LAW OFFICE OF BRIAN NOMI**
By:  Brian Nomi (State Bar #203059)
215 E. Daily Dr., Suite 28
Camarillo, California 93010
(805) 444-5960
(805) 357-5333 (fax)
E-Mail:  briannomi@yahoo.com

Attorney for Leslie & Gwen Nickeas

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION**

| | |
|---|---|
| In re: | CASE NO.  9:21-bk-10414 |
| Leslie & Gwen Nickeas, | Chapter 7 |
| Debtor. | **Motion to Compel Trustee to Abandon Debtors' Homestead** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Debtors Leslie & Gwen Nickeas will and hereby do move the Court for an order to Compel Trustee to Abandon Debtors' Homestead, and Authorize the Sale of Homestead.

**Local Bankruptcy Rule 9013-1(o)(1) requires that any response and request for hearing must be filed and served on the movant and the US Trustee within 14 days after the date of service of this Notice.**

This Motion is based on the following facts:

1. Debtors Leslie & Gwen Nickeas are owners of a house at 130 Pistachio Ave. Ventura, CA.
2. The fair market value of this house is $625,000.

3. The house is subject to a first and second mortgage in favor of Bank of America in the amount of $266,258 and $60,314. Accordingly, the debtors have net equity in the house of approximately $300,000. An estimated settlement statement is attached showing net proceeds of $255,000 to the Nickeases after the sale.

4. In Schedule C, the Debtors exempt their homestead equity at "100% of the fair value, up to any applicable statutory limit."

5. The statutory limit is set forth in California Code of Civil Procedure section 704.730, which provides a homestead exemption of $600,000 for Ventura County, California.

6. The Debtors' net equity is far less than the $600K of available homestead exemption. Therefore, it is certain that they will be entitled to retain 100% of any proceeds after the sale of their home.

7. This Motion will be decided after the June 7, 2021 hearing set for the initial meeting of creditors under section 341 of the Code. So the Chapter 7 Trustee will have an opportunity to examine the debtors, and file any objection to this Motion if she so decides.

8. The Debtors are presently in an escrow to sell their home, and wish to do so as soon as possible.

9. Debtor Leslie Nickeas is completely disabled and has lost the use of his legs. It would benefit him greatly if he could sell his Pistachio home where he is trapped in his second-floor bedroom, and be able to live in a

|  |  |
|---|---|
| 4 | single-story mobile home.  There is a buyer waiting to |
| 5 | purchase the Pistachio home, and a seller willing to |
| 6 | sell a mobile home to the Nickeases. |
| 7 | 10.    11 US Code section 554(b) provides that "the court |
| 8 | may order the trustee to abandon any property of the |
| 9 | estate that is burdensome . . . or that is of |
| 10 | inconsequential value and benefit to the estate."  The |
| 11 | Nickeas' homestead has no value to the estate. |

There is clearly no equity above the homestead exemption. Debtors would like to sell their present homestead and buy a replacement home.  So it is appropriate to ask this Court to compel abandonment of the Pistachio house, and authorize the sale of same.

As noted in Local Rule 9013-1(c)(4), no memorandum of points and authorities is required.

DATED: May 18, 2021          **LAW OFFICE OF BRIAN NOMI**

                             *[signature: Bri Nomi]*
                        By: _____
                             Brian Nomi
                             Attorney for Debtors Leslie & Gwen
                             Nickeas

## DECLARATION OF LESLIE NICKEAS

1. I am one of the two co-debtors in this case. I make this declaration based on my own personal knowledge, and if called as a witness, I could and would competently testify thereto the facts stated herein.

2. This chapter 7 case began with the filing of a voluntary petition on 4/21/2021. Sandra McBeth is the appointed Chapter 7 Trustee.

3. Our home is a property at 130 Pistachio Ave., Ventura, CA 93004. The home was exempted during the Chapter 7 case.

4. The property is presently in escrow to be sold at a price of $625,000. There is a mortgage to Bank of America, which is owed approximately $266,000. After paying costs of the sale and commissions, I expect the net equity in the house will be slightly less than $255,000. This is established in the attached estimated settlement statement.

5. I have read the factual assertions, and they are all true. I am completely disabled and has lost the use of my legs. It would benefit me greatly if I could sell the Pistachio home where I am trapped in the second-floor bedroom, and be able to live in a single story mobile home. There is a buyer waiting to purchase the Pistachio home, and a seller willing to sell a mobile home to the me and my wife.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 18th day of May 2020 at Ventura, California.

_____
Leslie Nickeas

# FIDELITY NATIONAL TITLE COMPANY
4522 Market Street, Ventura, CA 93003
Phone: (805) 650-7887    Fax: (805) 650-1447

**Sellers Settlement Statement**
**Estimated**

Escrow No: 00045069 - 025 TB9    Close Date: 06/07/2021    Proration Date: 06/07/2021    **Disbursement Date:**

Seller(s): LESLIE JOHN NICKEAS
GWEN L. NICKEAS

Buyer(s)/Borrower(s): BEAU DAVID CHAMP
TAYYEBEH BAKHSHI CHAMP

Property: 130 Pistachio Avenue
Ventura, CA 93004

| Description | | Debit | Credit |
|---|---|---|---|
| **TOTAL CONSIDERATION:** | | | |
| Sale Price of Property | | | 625,000.00 |
| **PRORATIONS AND ADJUSTMENTS:** | | | |
| County Taxes from 6/7/2021 to 7/1/2021 based on the Semi-Annual amount of $1,686.05 | | | 224.81 |
| **ESCROW CHARGES:** | | | |
| Title - Escrow Fee to Fidelity National Title Company | | 1,600.00 | |
| Title - Franchise Tax Board 2020 Reporting Fee to Fidelity National Title Company | | 45.00 | |
| **TITLE CHARGES:** | | | |
| Title - Notary Fee Est to To Be Determined | | 125.00 | |
| ALTA Extended Owner's Policy (6-17-06) for $625,000.00 to Fidelity National Title Company    Premium: $1862.00 | | 1,862.00 | |
| **RECORDING FEES:** | | | |
| County Transfer Tax to Fidelity National Title Company | | 687.50 | |
| **PAYOFFS:** | | | |
| Payoff to Bank of America | | 272,000.00 | |
| Principal balance | 270,000.00 | | |
| Addl fees | 2,000.00 | | |
| Payoff to Bank of America | | 61,314.80 | |
| Principal balance | 60,314.80 | | |
| other | 1,000.00 | | |
| **COMMISSIONS:** | | | |
| Commission | | 28,125.00 | |
| $14,062.50 (2.25% of $625,000.00) to California Oaks Realty | | | |
| $14,062.50 (2.25% of $625,000.00) to Keller Williams Santa Barbara | | | |
| **ADDITIONAL CHARGES:** | | | |
| 20-21 Property taxes + penalty to Ventura County Tax Collector | | 3,739.30 | |
| City Report- reimburse to California Oaks Realty | | 84.00 | |
| City report upfront fee to City of Ventura    $84.00 POC - Seller | | | |
| Home Warranty Est to Fidelity National Home Warranty | | 525.00 | |
| NHD Report to MyNHD | | 74.95 | |
| Sub Totals | | 370,182.55 | 625,224.81 |
| Proceeds Due Seller | | 255,042.26 | |
| Totals | | 625,224.81 | 625,224.81 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

215 E. Daily Dr. #28, Camarillo, CA 93010

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(p) or (q)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/18/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Sandra McBeth (TR), jwalker@mcbethlegal.com
United States Trustee (ND); ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 05/18/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

All creditors notified (FRBP 6007(a)). (SEE ATTACHED LIST)
Hon. Martin R. Barash, 1415 State St., Santa Barbara, CA 93101

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/18/2021 | Brian Nomi | *signature* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015     Page 3     F 9013-1.2.NO.HEARING.NOTICE

```
Label Matrix for local noticing          County Assessor                         County Tax Collector
0973-9                                    County Government Center, Room 100     P.O. Box 357
Case 9:21-bk-10414-MB                     San Luis Obispo, CA 93408-0001         Santa Barbara, CA 93102-0357
Central District of California
Santa Barbara
Tue May 18 15:40:14 PDT 2021

Employment Development Dept.              Franchise Tax Board                    Northern Division
Bankruptcy Group MIC 92E                  Bankruptcy Section MS: A-340           1415 State Street,
P.O. Box 826880                           P.O. Box 2952                          Santa Barbara, CA 93101-2511
Sacramento, CA 94280-0001                 Sacramento, CA 95812-2952


Amex                                      (p)BANK OF AMERICA                     Bank Of America, N.a.
P.o. Box 981537                           PO BOX 982238                          Po Box 45144
El Paso, TX 79998-1537                    EL PASO TX 79998-2238                  Jacksonville, FL 32232-5144


Bankamerica                               Capital One                            Capital One Bank Usa N
4909 Savarese Circle                      Po Box 31293                           Po Box 31293
Tampa, FL 33634-2413                      Salt Lake City, UT 84131-0293          Salt Lake City, UT 84131-0293


Citi-shell                                Citicards Cbna                         Client Services, Inc.
Po Box 6497                               Po Box 6217                            3451 Harry S. Truman Blvd.
Sioux Falls, SD 57117-6497                Sioux Falls, SD 57117-6217             Saint Charles, MO 63301-9816


Credit Control, LLC                       (p)DSNB MACY S                         Ford Motor Credit Comp
PO Box 546                                CITIBANK                               Pob 542000
Hazelwood, MO 63042-0546                  1000 TECHNOLOGY DRIVE MS 777           Omaha, NE 68154-8000
                                          O FALLON MO 63368-2222


Jaguar Credit                             (p)JPMORGAN CHASE BANK  N A            Kohls/capone
Po Box 111897                             BANKRUPTCY MAIL INTAKE TEAM            Po Box 3115
Nashville, TN 37222-1897                  700 KANSAS LANE FLOOR 01               Milwaukee, WI 53201-3115
                                          MONROE LA 71203-4774


National Enterprise Systems               Shell/cbna                             Syncb/chevron
2478 Edison Blvd., Unit A                 Po Box 6497                            P.o Box 965015
Twinsburg, OH  44087-2340                 Sioux Falls, SD 57117-6497             Orlando, FL 32896-5015


Syncb/jcp                                 Syncb/lowes                            Syncb/tjx Cos Dc
Po Box 965007                             Po Box 956005                          Po Box 965015
Orlando, FL 32896-5007                    Orlando, FL 32896-0001                 Orlando, FL 32896-5015


Td Auto Finance                           Td Bank Usa/targetcred                 Thd/cbna
Po Box 9223                               Po Box 673                             Po Box 6497
Farmington, MI 48333-9223                 Minneapolis, MN 55440-0673             Sioux Falls, SD 57117-6497
```

| | | |
|---|---|---|
| The Moore Law Group<br>PO Box 25145<br>Santa Ana, CA  92799-5145 | United States Trustee (ND)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Verliance, Inc.<br>43406 Business Park Drive<br>Temecula, CA 92590-5526 |
| Brian Nomi<br>215 E Daily Dr Ste 28<br>Camarillo, CA 93010-5805 | Gwen L. Nickeas<br>130 Pistachio Ave.<br>Ventura, CA 93004-1386 | Leslie J. Nickeas<br>130 Pistachio Ave.<br>Ventura, CA 93004-1386 |
| Sandra McBeth (TR)<br>7343 El Camino Real, #185<br>Atascdero, CA 93422-4697 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>Po Box 982238<br>El Paso, TX 79998 | Dsnb Macys<br>Po Box 8218<br>Mason, OH 45040 | Jpmcb Card<br>Po Box 15369<br>Wilmington, DE 19850 |

End of Label Matrix
Mailable recipients    36
Bypassed recipients     0
Total                  36